

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00213-CV

**IN RE** Mark Anthony **ORTEGA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: April 16, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On April 2, 2025, relator filed a petition for writ of mandamus requesting this court vacate the March 18, 2025, trial court order denying in part and granting in part plaintiff's motion to compel and for sanctions rendered in the underlying proceedings. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a)

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CV08834, styled *Mark Anthony Ortega v. Diana Astudillo de Leon*, pending in the County Court At Law No. 10, Bexar County, Texas, the Honorable Cesar Garcia presiding.